**Motion Granted and Order filed March 6, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00094-CV
NO. 14-18-00095-CV
_____

**ELAINE T. MARSHALL, AS EXECUTOR OF THE ESTATE OF E. PIERCE MARSHALL, ET AL, Appellants**

**V.**

**PRESTON MARSHALL, Appellee**

_____

**On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Cause Nos. 365,053-401 and 365,053-402**

_____

## ORDER

Appellant E. Pierce Marshall, Jr. has filed an unopposed motion to consolidate these two interlocutory appeals "for all purposes, but a minimum for briefing and oral argument." The motion requests that both cases be assigned to the same panel of this Court.

The court grants the motion and orders as follows:

1. Each appeal will remain open.

2. Any document meant to be filed in both appeals must bear both appeal numbers.

3. Absent a request otherwise from the parties, any brief filed must apply to both appeals and is subject to the word limits in Texas Rule of Appellate Procedure 9.4(i)(2). For example, each appellant shall file a single brief that bears both appeal numbers, addresses both orders on appeal, and does not exceed 15,000 words.

4. If the reporter's record in each appeal is filed on different days, appellants' brief in both appeals will be due 20 days after the later date of filing.

5. The appeals will be submitted to and considered by the same panel.

PER CURIAM